FILED ENTERED
LOGGED RECEIVED

APR 26 2023

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Marquis Copez 3523427/471554
North Branch Correctional Institution *
14100 Mcmullen Hwy
Cumberland, MD 21502
*

*(Full name, date of birth, identification #, address of petitioner)*

**Plaintiff,**

**v.** **Case No.:**________________

*(Leave blank. To be filled in by Court.)*

Ryan Platt *
Lee Brown
Markel Spencer
WCI
13800 Mcmullen Hwy, S.W *

*(Full name and address of respondent)*

**Defendant(s).** Cumberland, MD 21502

## COMPLAINT

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☑ NO ☐

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: Marquis C. Copez

Defendant(s): Steven Snoberger, Zachary Farris, Leon Goodrich

2. Court (if a federal court name the district; if a state court name the city or county):

____________________________

3. Case No.: ______________________

4. Date filed: ______________________

5. Name of judge that handled the case: ______________________

6. Disposition (won, dismissed, still pending, on appeal): ______________________

______________________

7. Date of Disposition: ______________________

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐ NO ☐

1. If you answered YES:

a. What was the result? ______________________

______________________

b. Did you appeal? ______________________

YES ☐ NO ☐

2. If you answered NO to either of the questions above, explain why: ______________________

______________________

______________________

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

ON July 12, 2022 I was racially discriminated against By correctional officer Lee Brown, Markel Spencer, Ryan Pratt while Being called Niggers and porch monkeys while I was talking to the officer Markel Spencer Tackled me causing a Disc to be slipped out of Place in my lower Vertabrae in my spinal column →

Resulting in a Slipped Disc in my Spinal I was attacked not only once but twice By correctional officer for no apparent reason

IV. Relief
(State briefly what you want the Court to do for you.)

I would like to sue for 750,000 Dollars a piece from officers Lee Brown, Ryan Pratt, Markel Spencer, and the state to Pay me for 950,000 and 75,000 for punitive Damages and 50,000 from Lt Khris Middleton

SIGNED THIS 6 day of April, 2023.

Marquis Copez
Signature of Plaintiff

Marquis Copez 3523427 / 471534
Printed Name
N.B.C.I 14100 Mcmullens Highway S.W
Cumberland, MD 21502

2211 W. Lafayette Baltimore MD 21216
Address

443-967-9275
301-729-7400
Telephone Number

Email Address